IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MONTY SHELTON                                                                       PETITIONER

v.                  NO. 2:18-cv-00177 JM/PSH

GENE BEASLEY, Warden,                                        RESPONDENT
FCI-Forrest City Low

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to amend filed by petitioner Monty Shelton is granted. See Docket Entry 6. His motion for temporary restraining order, though, is denied. See Docket Entry 3.

IT IS SO ORDERED this 5th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE