IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MONTY SHELTON                                                              PETITIONER

v.                              NO. 2:18-cv-00177-JM/PSH

GENE BEASLEY, Warden,                                                      RESPONDENT
FCI-Forrest City Low

FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

DISPOSITION

Petitioner Monty Shelton ("Shelton") began this case by filing a pleading that was eventually construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. He failed, though, to accompany his petition with the five-dollar filing fee or an application to proceed in forma pauperis.[1] Because he is required to either pay the filing fee or obtain permission to proceed in forma pauperis, he was given up to, and including March 15, 2019, to either pay the filing fee or file an application to proceed in forma pauperis. See Docket Entry 14. The Clerk of the Court was directed to send Shelton the documents necessary to file an application to proceed in forma pauperis. Shelton was warned that in the event he failed to either pay the filing fee by March 15, 2019, or file an application to proceed in forma pauperis by March 15, 2019, the undersigned would recommend that this case be dismissed without prejudice.

March 15, 2019, has come and gone, and the Clerk of the Court has no record of Shelton having either paid the five-dollar filing fee or having filed an application to proceed in forma pauperis. Given Shelton's inaction, it is recommended that this case be dismissed without prejudice.

DATED this 27th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In a January 24, 2019, pleading, Shelton represented, in part, the following: "It has been more than 30 days since my initial filing. The [Federal Bureau of Prisons] held onto my request for court payment for [two] weeks before processing it. I have enclosed a printout showing it was mailed on January 2." See Docket Entry 8. The undersigned has learned from the Clerk of the Court that the "court payment" alleged mailed on January 2 was not received.