IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MONTY SHELTON**                                                                           **PETITIONER**

v.                  NO. 2:18-cv-00177 JM

**GENE BEASLEY, Warden,**                                           **RESPONDENT**
**FCI-Forrest City Low**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Petitioner Monty Shelton has failed to either pay the five-dollar filing fee or file an application to proceed <u>in forma pauperis</u> as directed by the Court. This case is therefore dismissed without prejudice. Judgment will be entered for respondent Gene Beasley.

IT IS SO ORDERED this 11th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE