IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MONTY SHELTON                                                                           PETITIONER

v.                            NO. 2:18-cv-00177 JM

GENE BEASLEY, Warden,                                                          RESPONDENT
FCI-Forrest City Low

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Gene Beasley.

IT IS SO ORDERED this 11th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE